**Order entered September 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00877-CR

**MICHAEL GLEN GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 31429**

## ORDER

Before the Court is appellant's September 23, 2019 fourth motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the appellant's brief, received that same day, filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE